

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-20-00360-CV

GARY RICHARDSON AND DOMONIQUE RICHARDSON, Appellants

§ On Appeal from County Court at Law No. 1

§ of Tarrant County (2020-004278-1)

V.

§ October 7, 2021

DAKA INVESTMENTS, LLC, Appellee

§ Per Curiam Memorandum Opinion

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed.  It is ordered that the appeal is dismissed.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM